Charles J. Harder [SBN 184593]
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Blvd., Ninth Floor
Los Angeles, CA 90064
Tel. (310) 478-4100    Fax (310) 479-1422
Attorneys for: Plaintiffs

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as "Passages Malibu", etc.<br><br>PLAINTIFF(S)<br><br>v.<br><br>RENAISSANCE RECOVERY SERVICES, LLC, a California limited liability company; et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV10-3198 DMG (JCx)<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

    ☑ summons               ☐ first amended complaint         ☐ third party complaint
    ☑ complaint             ☐ second amended complaint        ☐ counter claim
    ☐ alias summons         ☐ third amended complaint         ☐ cross claim

    ☑ other: (*specify*): See attachment for additional documents served

2.  **Person served:**
    a.  ☑ Defendant (*name*): SALVATORE PETRUCCI, an individual
    b.  ☑ Other (*specify name and title or relationship to the party/business named*):
        TRISTAN BUTTLER, OCCUPANT
3.  **Manner of Service** in compliance with (one box must be checked):
    a.  ☐ Federal Rules of Civil Procedure
    b.  ☑ California Code of Civil Procedure

4.  **I served the person named in Item 2:** 5925 MURPHY WAY, MALIBU, CA 90265
    a.  ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☐ Papers were served on (*date*): _____ at (*time*): _____.
    b.  ☑ By **Substituted service.** By leaving copies:
        1.  ☑ (**home**) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ (**business**) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☑ papers were served on (*date*): MAY 10, 2010 _____ at (*time*): 10:10 am _____.
        4.  ☑ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2©).
        5.  ☑ papers were mailed on (*date*): MAY 11, 2010 _____.
        6.  ☑ due diligence. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
    c.  ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

**GRASSHOPPER HOUSE, LLC, a California limited liability company doing business as**

**"Passages Malibu", etc.**

**RENAISSANCE RECOVERY SERVICES, LLC, a California limited liability company; et al.**

**CV10-3198 DMG (JCx)**

## *"ADDITIONAL DOCUMENTS SERVED"*

- CERTIFICATION AND NOTICE OF INTERESTED PARTIES
- NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY
- NOTICE TO COUNSEL
- CIVIL COVER SHEET
- NOTICE OF RELATED CASES

WOLRI 22444.txh

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

    a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

        Name of person served:

        Title of person served:

        Date and time of service: (*date*): _____ at (*time*): _____.

    b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

    c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

Ricardo A. Paz  Registration #3267, Los Angeles County
TIME MACHINE NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086-1057
(800) 994-5454      [WOLRI 22444.txh]

    a. ☐ Fee for service: $
    b. ☐ Not a registered California process server
    c. ☐ Exempt from registration B&P 22350(b)
    d. ☑ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

MAY 11, 2010
Date

Signature

| | FOR COURT USE ONLY |
|---|---|
| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| **SHORT TITLE OF CASE:**<br>GRASSHOPPER HOUSE, LLC, a California limited liability company<br>doing business as "Passages Malibu", etc.<br>VS.<br>RENAISSANCE RECOVERY SERVICES, LLC, a California limited<br>liability company; et al. | |
| **ATTORNEY (S) NAME & ADDRESS**<br>Charles J. Harder [SBN 184593]<br>WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP<br>11400 West Olympic Blvd., Ninth Floor<br>Los Angeles, CA 90064<br>Tel (310) 478-4100   Fax (310) 479-1422<br>[Ref: WOLRI 22444.txh] | **CASE #: CV10-3198 DMG (JCx)** |
| **DECLARATION OF DUE DILIGENCE** | |

At the time of service attempt(s), I was at least 18 years old and not a party to the action

On May 6, 2010, Time Machine Network received the following document(s): SUMMONS; COMPLAINT; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; NOTICE TO COUNSEL; CIVIL CASE COVER SHEET; NOTICE OF RELATED CASES, to be served on SALVATORE PETRUCCI, an individual, at the following:

*RESIDENCE: 5925 MURPHY WAY, MALIBU, CA 90265*

**May 6, 2010 @ 6:45 p.m., Residence.** The gate is locked. No answer via intercom. There is a Toyota Camry and a Mercedes Benz SUV in the driveway. I yelled out, no response.

**May 7, 2010 @ 9:52 a.m., Residence.** The gate was open, there was no answer at the door. Same vehicles in the driveway.

**May 8, 2010 @ 3:29 p.m., Residence.** The gate was open, there was no answer at the door. Same vehicles in the driveway.

**May 9, 2010 @ 5:15 p.m., Residence.** The gate was open, there was no answer at the door. Same vehicles in the driveway. Called telephone number provided by client, there was no answer.

**March 10, 2010, 10:10 a.m., Residence.** Per Occupant, subject is not in. Service of Savaltore Petrucci, an individual was effectuated by leaving documents with Tristan Buttler, Occupant.

Person serving:
RICARDO A. PAZ
TIME MACHINE NETWORK
P.O. BOX 861057
LOS ANGELES, CALIFORNIA 90086
(800) 994-5454

☒ Registered California Process Server
☐ Employee or Independent Contractor of a
California Registered Process Server
  (1) Registration No.:3267
  (2) County: LOS ANGELES

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 11, 2010

DECLARATION OF DUE DILIGENCE