James E. Doroshow (SBN 112920)
**jdoroshow@foxrothschild.com**
Phillip F. Shinn (State Bar No. 112051)
**pshinn@foxrothschild.com**
Alan Chen (SBN 224420)
**achen@foxrothschild.com**
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, California 90067-3005
Tel 310.598.4150 / Fax 310.556.9828

Attorneys for Defendant
RENAISSANCE RECOVERY
SERVICES, LLC,, NNB RECOVERY
SERVICES, LLC, and
SALVATORE PETRUCCI

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, d/b/a Passages Malibu, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>　　　　Plaintiffs,<br>　vs.<br>RENAISSANCE RECOVERY SERVICES, LLC, a California limited liability company; NNB RECOVERY SERVICES, LLC, a California limited liability company; and SALVATORE PETRUCCI, an individual,<br><br>　　　　Defendants. | Case No.: CV 10-3198 DMG (JCx)<br><br>**DEFENDANT'S STATEMENT OF PLAINTIFFS' NONCOMPLIANCE WITH RULE 26 OBLIGATIONS**<br><br>Scheduling Conference<br>Date:　September 18, 2010<br>Time:　11:00 a.m. |

　　　To date, despite repeated requests by defense counsel, Plaintiff Grasshopper House LLC ("Grasshopper") and its counsel have failed to comply with their obligations under Fed.R.Civ.P. Rule 26 to either: (i) schedule an in person meeting with defense counsel to conduct the initial meeting of counsel; or (ii) to prepare a Rule 26 report to submit to the Court in advance of the scheduling conference. Instead, Grasshopper's counsel, having previously ignored emails from defense

**DEFENDANT'S STATEMENT OF PLAINTIFFS' NONCOMPLIANCE WITH RULE 26 OBLIGATIONS**

LA1 56914v1 10/04/10

counsel requesting a Rule 26(f) conference by the Court ordered deadline, demanded that counsel meet on the last day for the conference when defense counsel was unavailable for an in person meeting.  Moreover, even though the last day for filing the Rule 26 report is today, Grasshopper's counsel has ignored repeated requests by defense counsel for a draft report to review and submit to the Court.  Because of these circumstances, Defendant and its counsel are unable to submit a joint Rule 26 report with the Court today when it is due; and therefore hereby seek the assistance of the Court in ordering Grasshopper and its counsel to comply with their Rule 26 obligations.

DATED:  October 4, 2010	Respectfully submitted,

	FOX ROTHSCHILD LLP


	By: /s/ James E. Doroshow
	    James E. Doroshow
	    Attorneys for Defendant/Counterclaimant
	    Accelerated Recovery Centers, LLC

**DEFENDANT'S STATEMENT OF PLAINTIFFS' NONCOMPLIANCE WITH RULE 26 OBLIGATIONS**

2

LA1 56914v1 10/04/10