CHARLES J. HARDER (BAR NO. 184593)
  charder@wrslawyers.com
NICHOLAS A. MERKIN (BAR NO. 219604)
  nmerkin@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, Ninth Floor
Los Angeles, California  90064-1582
Telephone: (310) 478-4100/Facsimile: (310) 479-1422

Attorneys for Plaintiffs/Counterdefendants
GRASSHOPPER HOUSE, LLC and
PASSAGES SILVER STRAND, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRASSHOPPER HOUSE, LLC, d/b/a PASSAGES MALIBU, a California limited liability company, PASSAGES SILVER STRAND, LLC, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>RENAISSANCE RECOVERY SERVICES, LLC, a California limited liability company; NNB RECOVERY SERVICES, LLC, a California limited liability company; and SALVATORE PETRUCCI, an individual,<br><br>Defendants.<br><br>AND RELATED COUNTER-CLAIM | Case No.: 10-3198 DMG (JCx)<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANTS' STATEMENT RE: RULE 26 CONFERENCE**<br><br>**Scheduling Conference**<br><br>Date:       October 18, 2010<br>Time:       11:00 a.m.<br>Location:  Courtroom 7 |

## DECLARATION OF CHARLES J. HARDER
## IN RESPONSE TO DEFENDANTS' STATEMENT RE: RULE 26

I, Charles J. Harder, declare:

1.  I am an attorney at law duly admitted to practice before the United States District Court for the Central District of California.  I am a partner of the law firm of Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP ("WRSSR"),

-1-
RESPONSE TO DEFENDANTS' STATEMENT RE RULE 26; DECLARATION OF CHARLES J. HARDER
\\Wrs-file\dfs\LACaseFiles\17875\006\Pleading\CH Decl re Rule 26(a).wpd

attorneys of record for plaintiffs and counter-defendants GRASSHOPPER HOUSE, LLC ("Grasshopper") and PASSAGES SILVER STRAND, LLC (collectively, "Passages"), and counter-defendants CHRIS PRENTISS and PAX PRENTISS. I have personal knowledge of the following facts, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am in receipt of the document entitled "Defendants' Statement of Plaintiffs' Noncomplaince with Rule 26 Obligations" ("Defendants' Statement") filed on October 4, 2010 by Defendants RENAISSANCE RECOVERY SERVICES, LLC, NNB RECOVERY SERVICES, LLC, and SALVATORE PETRUCCI (collectively, "Defendants"). Defendants' Statement states that Plaintiffs have supposedly "failure to comply with their obligations under Fed.R.Civ.P. Rule 26 to either (i) schedule an in person meeting with defense counsel to conduct the initial meeting of counsel . . . [etc.]"

3. Defendants' Statement is not true. In fact, the opposite is the case.

4. On Friday, September 24, 2010, at 2:22 p.m., I sent an email to Defendants' counsel asking for a Rule 26(f) conference on Monday, September 27, 2010. I sent follow-up request Monday morning. Defendants' counsel, James Doroshow, responded by initially confusing the deadlines to have a conference and the deadline to file a Rule 26(f) report. He also stated that he was supposedly "too busy" to have a Rule 26(f) conference either that day (Monday, September 27) or the next day (Tuesday, September 28). I then proposed a conference on Wednesday, September 29. Attached hereto as **Exhibit "A"** are true copies of our email exchanges showing this.

5. Mr. Doroshow never responded to me with a date or time when *he* was available for a Rule 26(f) conference.

6. On Monday, September 27, 2010, a day that Mr. Doroshow told me he was "too busy" for a Rule 26(f) conference, Mr. Doroshow sent me twenty-three (23) emails.

-2-
RESPONSE TO DEFENDANTS' STATEMENT RE RULE 26; DECLARATION OF CHARLES J. HARDER
\\Wrs-file\dfs\LACaseFiles\17875\006\Pleading\CH Decl re Rule 26(a).wpd

7. That same afternoon (Monday, September 27), I emailed Mr. Doroshow and pointed out that he had already sent me sixteen (16) emails that day, despite having told me that he was "too busy" for a Rule 26(f) conference. I asked him to reconsider having a telephonic Rule 26(f) conference the next day (Tuesday, September 28). Attached as **Exhibit "B"** is a true copy of my email.

8. Mr. Doroshow responded by stating that the rules supposedly require an "in person" Rule 26(f) conference. I then emailed him back, inviting him to have an in-person conference the next day at my office. Mr. Doroshow did not respond to my request. Attached as **Exhibit "C"** is a true copy this email exchange. I have since reviewed FRCP Rule 26(f) and L.R. 26, and do not see reference to the Rule 26(f) conference needing to be "in person."

9. On Tuesday, September 28, 2010 – another day that Mr. Doroshow had said he was "too busy" to have a Rule 26(f) conference – Mr. Doroshow sent me <u>fifteen (15) emails</u>.

10. Notwithstanding my numerous communications attempting to schedule either telephonic, or in person, Rule 26(f) conference, with Mr. Doroshow never once informed me of a date or time that he was available for a conference.

11. In light of the foregoing, Plaintiffs are at a loss as to how to proceed with the Rule 26(f) requirements because Mr. Doroshow will not cooperate with Plaintiffs' counsel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed October 4, 2010 at Los Angeles, California.

_____
CHARLES J. HARDER

Exhibit "A"

# Charles Harder

| | |
|---|---|
| **From:** | Charles Harder |
| **Sent:** | Friday, September 24, 2010 2:22 PM |
| **To:** | Doroshow, James E. |
| **Cc:** | LeBrane, Claudia A. |
| **Subject:** | RE: Renaissance |

Let's have the initial meeting on Monday. I'm available any time in the afternoon. As I assume you know, I am working today on discovery responses in the Accelerated case.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Friday, September 24, 2010 2:23 PM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Renaissance

Since I have not heard from you on the initial meeting of counsel that was to be completed today, we will be filing a report of your noncompliance with the court on monday and a request for sanctions. Jim doroshow.

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
------------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)-299-2167 or notify us by e-mail at helpdesk@foxrothschild.com. Also, please mail a hardcopy of the e-mail to Fox Rothschild LLP, 2000 Market Street, Philadelphia PA 19103-3291 via the U.S. Postal Service. We will reimburse you for all expenses incurred.

Thank you.

1

# Charles Harder

| | |
|---|---|
| From: | Charles Harder |
| Sent: | Monday, September 27, 2010 8:18 AM |
| To: | Doroshow, James E. |
| Subject: | Renaissance case - Rule 26f conference |

<u>Please let me know if you are available for a Rule 26f conference today</u>, either late morning (11am) or late afternoon (4pm).  <u>If not, please let me know a time that you are available tomorrow</u>; I am generally available from 9am-4pm.

---

Charles J. Harder, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x255
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com
Web:     www.WRSlawyers.com
Bio:     http://www.wrslawyers.com/attorneys/charles-harder.asp

This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

# Charles Harder

**From:** Charles Harder
**Sent:** Monday, September 27, 2010 8:28 AM
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.
**Subject:** RE: Renaissance case - Rule 26f conference

Today is the last day for us to have a Rule 26f conference. Next Monday (Oct. 4) is the last date to file a Joint Rule 26f report. I suggest we have a conference today, and that I send you my half of the Joint Rule 26f report later this week, and you add your portions to it and get it to me by Monday Oct 4, so I can e-file it with the Court.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:27 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

The report is due today. Please send me a draft asap.

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Sent:** Mon Sep 27 11:18:25 2010
**Subject:** Renaissance case - Rule 26f conference

Please let me know if you are available for a Rule 26f conference today, either late morning (11am) or late afternoon (4pm). If not, please let me know a time that you are available tomorrow; I am generally available from 9am-4pm.

---

Charles J. Harder, Esq.
Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP
11400 W. Olympic Blvd., Ninth Floor
Los Angeles, California  90064
(310) 478-4100 x255
(310) 479-1422 (fax)
E-Mail:  CHarder@WRSlawyers.com
Web:    www.WRSlawyers.com
Bio:    http://www.wrslawyers.com/attorneys/charles-harder.asp

This message contains information that may be confidential and privileged.  Unless you are the addressee (or authorized to receive e-mails for the addressee), you may not use, copy or disclose to anyone this message or any information contained in this message.  If you have received this message in error, please advise the sender by reply e-mail to charder@wrslawyers.com, and delete the message.  Thank you.

IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by U.S. Treasury Regulation Circular 230, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.
ATTENTION:

1

## Charles Harder

**From:** Charles Harder
**Sent:** Monday, September 27, 2010 8:37 AM
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Subject:** RE: Renaissance case - Rule 26f conference

You have not been asking me for the conference "for weeks." You mentioned it for the first time last week, and <u>I asked you last week for a time today to have the conference</u>. <u>You did not respond to me.</u> I would rather not have to advise the Court that you would not make yourself available for a Rule 26f conference. I will prepare my side of the Joint Report, and <u>I hope we can have a conference to discuss on Wednesday afternoon</u> of this week. (I am not available Weds. morning.)

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:34 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

I've been asking you to meet for weeks. <u>I'm busy today and tomorrow. I'm</u> not going to change my schedule because you continue to ignore deadlines and leave things to the last minute. We've done this for months in accelerated, I'm not going to do it in this case as well. Time to get organized charles. Send me a draft and ill call you later in the week with comments and input.

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.
**Sent:** Mon Sep 27 11:27:45 2010
**Subject:** RE: Renaissance case - Rule 26f conference

Today is the last day for us to have a Rule 26f conference. Next Monday (Oct. 4) is the last date to file a Joint Rule 26f report. I suggest we have a conference today, and that I send you my half of the Joint Rule 26f report later this week, and you add your portions to it and get it to me by Monday Oct 4, so I can e-file it with the Court.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:27 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

The report is due today. Please send me a draft asap.

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Sent:** Mon Sep 27 11:18:25 2010
**Subject:** Renaissance case - Rule 26f conference

Please let me know if you are available for a Rule 26f conference today, either late morning (11am) or late afternoon (4pm). If not, please let me know a time that you are available tomorrow; I am generally available from 9am-4pm.

1

Exhibit "B"

## Charles Harder

**From:** Charles Harder
**Sent:** Monday, September 27, 2010 4:47 PM
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Subject:** RE: Renaissance case - Rule 26f conference

Mr. Doroshow:

You represented to be below that you were too "busy" to have a phone call with me today to discuss the Rule 26(f) issues. But yet you managed to find the time to send me no less than sixteen (16) emails. I ask that you reconsider scheduling a Rule 26(f) telephonic conference with me tomorrow. If not, I will advise the Court that you avoided the Rule 26(f) conference.

Charles

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:34 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

I've been asking you to meet for weeks. I'm busy today and tomorrow. I'm not going to change my schedule because you continue to ignore deadlines and leave things to the last minute. We've done this for months in accelerated, I'm not going to do it in this case as well. Time to get organized charles. Send me a draft and ill call you later in the week with comments and input.

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.
**Sent:** Mon Sep 27 11:27:45 2010
**Subject:** RE: Renaissance case - Rule 26f conference

Today is the last day for us to have a Rule 26f conference. Next Monday (Oct. 4) is the last date to file a Joint Rule 26f report. I suggest we have a conference today, and that I send you my half of the Joint Rule 26f report later this week, and you add your portions to it and get it to me by Monday Oct 4, so I can e-file it with the Court.

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:27 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

The report is due today. Please send me a draft asap.

---

**From:** Charles Harder
**To:** Doroshow, James E.

1

Exhibit "C"

# Charles Harder

**From:** Charles Harder
**Sent:** Monday, September 27, 2010 6:36 PM
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Subject:** RE: Renaissance case - Rule 26f conference

When can you come to my office tomorrow?

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 6:37 PM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.; CHAssist
**Subject:** Re: Renaissance case - Rule 26f conference

In case your not familiar with the courts rules, counsel are supposed to meet in person for the initial meeting of counsel. Do you need me to send you a copy of the rules again?

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.; CHAssist
**Sent:** Mon Sep 27 19:46:39 2010
**Subject:** RE: Renaissance case - Rule 26f conference

Mr. Doroshow:

You represented to be below that you were too "busy" to have a phone call with me today to discuss the Rule 26(f) issues. But yet you managed to find the time to send me no less than sixteen (16) emails. I ask that you reconsider scheduling a Rule 26(f) telephonic conference with me tomorrow. If not, I will advise the Court that you avoided the Rule 26(f) conference.

Charles

---

**From:** Doroshow, James E. [mailto:JDoroshow@foxrothschild.com]
**Sent:** Monday, September 27, 2010 8:34 AM
**To:** Charles Harder
**Cc:** LeBrane, Claudia A.
**Subject:** Re: Renaissance case - Rule 26f conference

I've been asking you to meet for weeks. I'm busy today and tomorrow. I'm not going to change my schedule because you continue to ignore deadlines and leave things to the last minute. We've done this for months in accelerated, I'm not going to do it in this case as well. Time to get organized charles. Send me a draft and ill call you later in the week with comments and input.

---

**From:** Charles Harder
**To:** Doroshow, James E.
**Cc:** LeBrane, Claudia A.

1