UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 10-3198-DMG(JCx)** | Date | OCTOBER 14, 2010 |

| | |
|---|---|
| Title | GRASSHOPPER HOUSE, LLC, ET AL., V. RENAISSANCE RECOVERY SERVICES, LCC, ET AL., |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the scheduling conference, currently scheduled for October 18, 2010, is hereby ordered continued to *November 22, 2010 at 11:00 a.m.*

Counsel are ordered to meet, confer and fully comply with Rule 26 and submit a joint status report in advance of the scheduling conference or face possible imposition of sanctions.

**IT IS SO ORDERED.**

cc: all parties