**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| PLAINTIFF(S)<br>Grasshopper House LLC, et al.<br>v.<br>Renaissance Recovery Services LLC, et al.<br>DEFENDANT(S) | CASE NUMBER<br>CV10-03198 DMG (JCx)<br><br>**NOTICE OF ASSIGNMENT OF ATTORNEY SETTLEMENT OFFICER** |
|---|---|

    **Greg D. Derin** is assigned to serve as the Attorney Settlement Officer in the above-captioned case. This assignment is made:

☒ Pursuant to the ADR Program:

☒ The parties have stipulated to appointment of the above-named Attorney Settlement Officer          .

☐ Plaintiff has not notified the ADR Department of the name of the Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

    ☐ The parties have agreed to the random selection of an Attorney Settlement Officer who will conduct the settlement proceeding, pursuant to the Order/Referral to the ADR Pilot Program (ADR-12).  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

☐ Pursuant to Local Rule 16-15.4, Settlement Procedure No. 2:

    ☐ The parties have stipulated to appointment of the above-named Attorney Settlement Officer.

    ☐ The parties have agreed to the random selection of an Attorney Settlement Officer.  The above-named Attorney Settlement Officer has been randomly selected by the Director of ADR Programs.

The settlement proceeding in this case is to be completed no later than:

☒ **2/28/11,** as ordered by the assigned judge.

    ☐ forty-five days prior to the final pretrial conference, consistent with Local Rule 16-15.2.

                                              Clerk, U.S. District Court

Dated:   December 15, 2010                                     ADR Program Director

ADR Director to electronically file original and cc: Attorney Settlement Officer