UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 10-03198 DMG (JCx)** | Date | February 11, 2011 |
|---|---|---|---|
| Title | *Grasshopper House, LLC et al v. Renaissance Recovery Services, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER DISMISSING COMPLAINT WITH PREJUDICE**

On January 31, 2011, Plaintiffs filed a motion to dismiss their claims against Defendants with prejudice [Doc. #38], currently set for hearing on February 28, 2011. On February 7, 2011, Defendants filed an opposition [Doc. #40]. Defendants do not oppose dismissal of Plaintiffs' claims with prejudice; they oppose only Plaintiffs' request for an order that each side shall bear their own costs. On February 8, 2011, Plaintiffs filed an amended proposed order [Doc. #42] that omits the language to which Defendants object. On February 10, 2011, Plaintiffs filed a reply [Doc. #44], in which they agree that the Court can address the issue of attorneys' fees and costs after resolving Defendants' counterclaim, which will remain pending before the Court.

In light of the foregoing, Plaintiffs' motion is **GRANTED** and the complaint is **DISMISSED** with prejudice. Defendants' counterclaim will remain pending for independent adjudication. The February 28, 2011 hearing is vacated.

**IT IS SO ORDERED.**